1 JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
2 IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
3 Glendale, CA 91210
Telephone: (818) 242-6859
4 Facsimile: (818) 240-7728

5 Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO.: CV 10-05853-SJO-(JCGx) |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION TO CONSENT JUDGMENT |
| v. | |
| DAVID LAIRD BARNETT, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, DAVID LAIRD BARNETT, in the total amount of $6,066.03.

Dated: ___7/26/11___

_____
UNITED STATES MAGISTRATE JUDGE
S. JAMES OTERO

1